UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

THOMAS WILSON,

Petitioner,

v.

STATE OF MINNESOTA,

Respondent.

Civil No. 00-1194 (JRT/JGL)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner having filed an application for writ of habeas corpus which challenges his Ramsey County conviction of April 8, 1997, and alleges violations of his rights under the United States Constitution;

**IT IS HEREBY ORDERED** that Respondent shall file a response to Petitioner's application within thirty (30) days after the date of this Order. Such response shall address the merits of Petitioner's claims in light of relevant decisions of the United States Supreme Court and the United States Court of Appeals for the Eighth Circuit. The response shall include copies of all written materials from prior state court proceedings that are relevant to the issues raised in the application.

If Respondent believes that the Court should not address the merits of the instant petition because it is time-barred or otherwise procedurally barred, Respondent may raise such defense(s) by a motion to dismiss, filed in lieu of a full return addressing the merits of Petitioner's claims. Any such motion must be filed within thirty (30) days after the date of this Order. If a motion to dismiss is filed, the Court will address and decide that motion, and then determine whether Respondent should

FILED JUL 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

be required to file a more comprehensive return addressing Petitioner's claims on the merits.

Dated: June ___, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge